Case 14-29265    Doc 12    Filed 08/19/14    Entered 08/20/14 10:17:58    Desc Main
Document    Page 1 of 1

14-29265:4.0:Application for Installment Agreement:Main Document Entered: 8/9/2014 5:19:46 PM by:Julio Pimentel Page 2 of 2

**Fill in this information to identify the case:**

Debtor 1: James _____ Bankhead
          First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Northern District of Illinois
                                                        (State)

Case number (if known): 14-29265

Chapter filing under:
- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[x] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 210 | 8-29-14 Month / day / year |
| $ 100 | 9-17-14 Month / day / year |
| $ _____ | _____ Month / day / year |
| + $ _____ | _____ Month / day / year |
| Total $ 310 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

8-19-14                By the court:   J.Cox   *Jacqueline P. Cox*
Month / day / year                              United States Bankruptcy Judge